**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

*FILED
SCRANTON*

| | | |
|---|---|---|
| **JOHN SMITH,** | : | **No. 1:25cv73** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | **(Chief Magistrate Judge Bloom)** |
| **JORDAN LEONARD ESQ.,** | : | |
| **Defendant** | : | |

*JUL 21 2025*
*PER___ DJ___
DEPUTY CLERK*

....................................................................................

## ORDER

    **AND NOW**, to wit, this 21st day of July 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff John Smith's objections, (Doc. 12), to the report and recommendation ("R&R") of Chief Magistrate Judge Daryl F. Bloom are **OVERRULED**;

2) The R&R, (Doc. 8), is **ADOPTED**;

3) Plaintiff's complaint, (Doc. 1), is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii);

4) Plaintiff may file an amended complaint within thirty (30) days of the date of this order addressing the defects cited in the R&R; and

5) Should plaintiff fail to file an amended complaint within this timeframe, the court may dismiss this action with prejudice based on the failure to comply with a court order and for failure to prosecute.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court